**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

   v.             Case No. 1:21-cr-00134

MARK SAHADY,

     Defendant.

## <u>MOTION TO WITHDRAW AND CONTINUE TRIAL</u>

Defendant Mark Sahady ("Mr. Sahady") by and through his undersigned counsel, files this Motion to Withdraw and Motion to Continue Trial, and in support thereof would show the following:

1. Blake Weiner asks this court to allow him to withdraw as attorney for Defendant, Mark Sahady, at Mr. Sahady's request.

2. "The decision to grant or deny counsel's motion to withdraw is committed to the discretion of the district court." *Laster v. District of Columbia*, 460 F. Supp. 2d 111, 113 (D.D.C. 2006) (citing *Whiting v. Lacara*, 187 F.3d 317, 320 (2d Cir. 1999)).

3. Further, pursuant to the District of Columbia Rule of Professional Conduct 1.16, "[e]xcept as stated in paragraph (c), a lawyer shall… withdraw from the representation of a client if … the lawyer is discharged."

4. There is good cause for this Court to grant the motion to withdraw, and it is in the interest of justice to grant the motion to withdraw.

5. Specifically, Mr. Sahady believes that an irretrievable breakdown in communication between attorney and client has resulted in a fundamental and irreparable disagreement as to the defense of this matter, where Mr. Sahady faces numerous charges, including a felony.

6. As such, Mr. Sahady has discharged undersigned counsel, and has requested that undersigned immediately file this Motion to Withdraw and a Motion to Continue trial so that Mr. Sahady can obtain a new attorney.

7. Mr. Sahady has communicated with multiple attorneys in an effort to obtain new counsel, but at this time has not selected a substitute attorney, and has requested that the trial in this matter be continued so that he may find time to retain a new attorney and the new attorney may have time to prepare for trial.

8. Mr. Sahady respectfully requests that the Court, in its discretion, approve undersigned counsel's Motion to Withdraw and Motion to Continue Trial.

9. Counsel for the government has informed undersigned that it takes no position on the Motion to Withdraw, but opposes the Motion to Continue.

Respectfully submitted, the 11th day of August, 2023.

/s/ Blake A. Weiner
Blake A. Weiner, VA Bar No. 94087
BLAKE WEINER LAW, PLLC
1806 Summit Avenue, Suite 300
Richmond, VA 23230
Telephone: (804) 482-1465
Email: bweiner@blakeweinerlaw.com
Counsel for Mr. Sahady