CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )     Criminal Case No.: <u>CR 21-134 (CJN)</u> |
| | ) |
| Mark Sahady | ) |
| | ) |
| | ) |

### WAIVER OF TRIAL BY JURY

    With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____    Date: <u>8/14/2024</u>

Carl J. Nichols

United States District Judge